# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 11, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151619

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

KENNETH WAYNE PETERS,
          Defendant-Appellant.

_____/

SC: 151619
COA: 316332
Gogebic CC: 2012-000215-FC

On order of the Chief Justice, the application for leave to appeal is DISMISSED in light of the certified copy of the certificate of defendant-appellant's death being filed with the clerk of the Court. See *People v Posby*, 459 Mich 21, 22 (1998); *People v Peters*, 449 Mich 515, 521-522 (1995); *People v Weston*, 348 NW2d 262 (1984).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 11, 2016



Clerk